UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESLEY KEIGLEY,

       Plaintiff,                        Case No. 1:14-cv-249

v.                                          HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act (Dkt 19). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 1, 2015, recommending that this Court grant in part and deny in part the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 22) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act (Dkt 19) is GRANTED IN PART AND DENIED IN PART. Plaintiff is awarded four thousand, one hundred twelve dollars and fifty cents ($4,112.50), which shall be paid directly to Plaintiff.

Dated: December 21, 2015                       /s/Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge